No. 73–1730.  ROSE ET UX. *v.* COMMISSIONER OF INTERNAL REVENUE.  C. A. 5th Cir.  Certiorari denied. ▆

No. 73–1731.  DAVIDSON ET AL. *v.* MILLER, AN INFANT BY LEGGETT, ET AL.  Super. Ct. Baltimore City, Md. Certiorari denied.

No. 73–1732.  CITY OF CHATTANOOGA *v.* COX.  Ct. App. Tenn.  Certiorari denied.

No. 73–1733.  KIMBELL ET UX. *v.* UNITED STATES. C. A. 5th Cir.  Certiorari denied.

No. 73–1735.  GORDEN *v.* UNITED STATES.  C. A. 7th Cir.  Certiorari denied.

No. 73–1736.  WEISS ET AL. *v.* UNITED STATES.  C. A. 2d Cir.  Certiorari denied.

No. 73–1743.  GOLDMAN *v.* NEW YORK.  Ct. App. N. Y.  Certiorari denied.

No. 73–1744.  FOSTER *v.* AMERICAN MACHINE & FOUNDRY CO. ET AL.  C. A. 2d Cir.  Certiorari denied.

No. 73–1748.  BISHOP ET AL. *v.* UNITED STATES.  C. A. 8th Cir.  Certiorari denied.

No. 73–1749.  WALTERS *v.* ARKANSAS.  Sup. Ct. Ark. Certiorari denied.

No. 73–1751.  RINGSBY TRUCK LINES, INC., ET AL. *v.* NATIONAL SMALL SHIPMENTS TRAFFIC CONFERENCE, INC., ET AL.  C. A. 10th Cir.  Certiorari denied. ▆